36820.   DAVIS *v.* ROME KRAFT COMPANY *et al.*

GARDNER, Presiding Judge.   The Supreme Court of Georgia having reversed the judgment of this court in *Rome Kraft Co.* v. *Davis,* 213 *Ga.* 899 (102 S. E. 2d 571), the judgment of reversal rendered originally by this court is hereby vacated and the judgments of the trial court are affirmed in conformance with the rulings and judgments of the Supreme Court.

*Judgments affirmed. Townsend and Carlisle, JJ., concur.*

DECIDED MARCH 19, 1958.

*Marion W. Corbitt,* for plaintiff in error.
*Matthews, Maddox, Walton & Smith, Pittman & Greene,* contra.